IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSHUA JOHN ALLEN FLANAGAN**                                    **PLAINTIFF**
**ADC #167383**

v.                 **CASE NO. 4:19-CV-00226 BSM**

**YELL COUNTY DETENTION FACILITY, et al.**                      **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of May 2019.

_____
UNITED STATES DISTRICT JUDGE